IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN SARANDON BARNES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:20-CV-811-WHA |
| ) | |
| GLENN GOGGANS, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the court on the January 5, 2021 Recommendation of the Magistrate Judge (Doc. #14). There being no timely objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The instant 28 U.S.C. § 2241 petition for habeas corpus relief filed by Petitioner is DENIED; and

3. This case is DISMISSED.

A separate Final Judgment will be entered.

DONE this 26th day of January, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE